SEPTEMBER 27, 1956

No. 60264.—SUIT 4837.—United States *v.* Mercantil Distribuidora, S. A. and Joseph H. Brown.— —C. D. 1648 affirmed April 18, 1956. C. A. D. 617.

BEFORE THE THIRD DIVISION, SEPTEMBER 28, 1956

No. 60265.—Kasser Distillers Products Corp. *v.* United States, protests 127551–K and 127552–K (Philadelphia).

Opinion by OLIVER, C. J. Counsel for the respective parties stipulated that the protests be dismissed, inasmuch as the entries involved had been reliquidated, as a result of which the issues became moot. Accepting this stipulation as an agreed statement of facts, the protests were dismissed.